**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, | No. C-11-01475 EDL |
| Plaintiff, | **REPORT AND RECOMMENDATION RE: PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| MARIO MARGO, | |
| Defendant. / | |

In view of the Report and Recommendation filed on April _25_, 2011, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

Dated: April _25_, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge